**MR**

*Please Attach to Packet Provided 3/6/2025*
*It was omitted from the Packet.*
*Thanks,*
*Barbara L. Clark*
*3/6/2025*

March 5, 2025

**R.M**

**25CV2429**

**FILED**

**KSR**

3/11/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Barbara L. Clark

Plaintiff

V

The American Contract Bridge League

### COMPLAINT

MY COMPLIANT IS TO VACATE THE AMERICAN CONTRACT BRIDGE AWARD:

DECEMBER 6, 2024
NOTICE OF DECISION

DISCIPLINED PARTY - BARBARA CLARK ACBL # 9187057 MP TOTAL 5676  DI 3
ONLINE PLATFORM BBO IBA CASE IBA -24-09 AWARD DATE 12/24 #2024 ACBL-152

301 (A) (2) COLLUSIVE CHEATING: ONLINE
DISCIPLINE IMPOSED, 5 YEARS
PROBATION, 5 YEARS

SEE ATTACHED

I AM APPEALING TO VACATE OR AMEND THE ARBITRATION AWARD BASED UPON
US CODE 9 BY FRAUD, PARTIALITY BY ARBITRATORS, ARBITRATORS EXCEEDING
THEIR POWERS, AND MISCONDUCT DURING THE ARBITRATION PROCESS

ARBITRATORS FAILED TO MAKE REASONABLE ACCOMMODATIONS TO
RESCHEDULE A HEARING; FAILED TO PROVIDE DEFINITIVE EVIDENCE,
PROCEEDED WITHOUT CONSENT, AWARD CONTAINED BIASED, DISCRIMINATORY,
LIBELOUS UNFOUNDED CLAIMS

REMEDY SEEKING

REIMBURSEMENT OF $900 filing fee, expenses for court appeal, TBA,

Institute for Bridge Arbitration

Case No. IBA-24-09

American Contract Bridge League ("ACBL"), "Claimant"

vs.

Vijay Ahuja ("Ahuja") and Barbara Clark ("Clark"), "Respondents"

## Award

Each of Claimant and Respondents objected to one or more proposed wing arbitrators, and in due course the arbitration panel of Josh Donn, Brian Potter and Jordan Chodorow (Chair) was seated without challenge. A preliminary hearing was held on August 23, 2024, setting forth the rules and procedures for the evidentiary hearing and leading to a mutually agreed schedule of pre-hearing disclosure. A full evidentiary hearing was held via Zoom on October 24, 2024. Present and participating were both Respondents, Mr. Ahuja and Ms. Clark, as well as two representatives of the ACBL's Recorder's office, Justin Coniglio and Drew Cannell. Respondents participated from the location of their advocate Brett Kunin, who offered very brief character testimony on their behalf at the end of the hearing but otherwise did not materially participate. The aforesaid arbitration panel presided throughout the hearing and read or heard all of the evidence and argument presented by all parties, including documents submitted by both Claimant and Respondents subsequent to the completion of the Zoom. All arguments and evidence not discussed in this Award have been fully reviewed and evaluated by the arbitrators and found not to have substantial merit.

**Background**

Mr. Ahuja is a Diamond Life Master with over 6,000 ACBL masterpoints, and is a certified director.

Ms. Clark is also a Diamond Life Master with over 5,000 ACBL masterpoints, and is an accredited teacher who has served on both the National Charity and Goodwill committees.

Both Respondents have New Jersey addresses on file with ACBL and, according to a representative of Bridge Base Online ("BBO"), they have shared an IP address. Both also admitted to playing in the same room.

ACBL accuses Respondents of sharing unauthorized information about their hands while playing as partners in ACBL sanctioned online games, in contravention of the ACBL Code of Disciplinary Regulations ("CDR"), specifically CDR section 301(A)(2), Collusive Cheating, Online. The Respondents deny the accusation.

Both sides were given a full opportunity to present any evidence that they believed to be probative of the merits of their dispute, and both sides did in fact present a large amount of information. Both sides were also given a full opportunity to question (cross-examine) each other at the hearing, although they chose to engage in relatively little such questioning. Subsequent to the Zoom, both parties had the opportunity to make additional comment on the hands discussed in the Zoom, as well as on potential discipline if any violation is found.

**Discussion**

Claimant's evidence falls into two broad categories: (1) bidding that may tend to demonstrate illicit information, and (2) leads that may tend to demonstrate illicit information. Within category (2) are several sub-categories, which may be broadly grouped into (a) the making of effective unexpected leads and (b) the avoidance of ineffective expected leads. Time was also devoted to discussion of Respondents' use / non-use of "Rosenkranz"-style doubles/redoubles, and their possible failure to alert such calls appropriately and consistently, but the arbitrators found this material less compelling and superfluous to their finding. Nevertheless, it is possible that in other cases selective use / non-use of conventional calls, and/or consistent failure to alert appropriately, may constitute evidence of collusive cheating.

**Bidding that May Tend to Demonstrate Illicit Information**

The following hands, a small sampling from among hundreds of others, tend to demonstrate the passing of illicit information between the Respondents. In all discussions of hands throughout this Award, no particular hand is essential to the panel's ultimate finding, nor would any mistake of fact by the panel as to any particular hand lead us to a different conclusion.



| | W | N | E | S |
|---|---|---|---|---|
| | | | P | P |
| | 1♣ | 2♥ | 3♣ | P |
| | 3NT | P | P | P |

N pborman
♠ 1054
♥ KQ9854
♦ 6
♣ 865

W clarkbar88
♠ K632
♥ 10
♦ A97
♣ AKQ92

E Avk495
♠ A7
♥ A762
♦ J32
♣ J1074

S gusher
♠ QJ98
♥ J3
♦ KQ10854
♣ 3

3NT W     NS: 0 EW: 0

https://www.tinyurl.com/yzxwbxw4

On this board, Ms. Clark has an easy 3H bid available to ask for a heart stopper for
notrump. Instead, she bids 3NT herself, with no legitimate way to know the opponents
are not running six heart tricks.



| | D | | |
|---|---|---|---|
| | 17 | | |

**N** Avk495
- ♠ AQ98
- ♥ J9
- ♦ A962
- ♣ 742

| W | N | E | S |
|---|---|---|---|
| | P | 2♥ | P |
| 2♠ | X | P | P |
| P | | | |

**W** lfouriron
- ♠ KJ7543
- ♥ 8
- ♦ K8
- ♣ AKJ8

**E** Khan3
- ♠
- ♥ K10432
- ♦ 7543
- ♣ Q1063

**S** clarkbar88
- ♠ 1062
- ♥ AQ765
- ♦ QJ10
- ♣ 95

| 2♠x W | | NS: 0 EW: 0 |
|---|---|---|

https://www.tinyurl.com/49fxb8cc

On this board, any intervention by the North hand (whether double or 2NT), however unlikely, must include significant length in the minors. A penalty pass is extremely risky unless both partners know exactly what is actually going on.



https://www.tinyurl.com/bdd3vwmb

The juxtaposition of this board with the previous one, played three days earlier, is telling. Ms. Clark has seen Mr. Ahuja step into a live auction with an unlimited opponent while holding sub-opening values and seemingly random distribution. Yet here, when he remains silent, she nevertheless contracts for nine vulnerable tricks on a jack-high five-card suit and flat shape – and buys a prime opener with AK-third of clubs and useful side holdings.



https://www.tinyurl.com/4evkm3sy

Mr. Ahuja's double may have been a psych or a misclick, but both are supposed to carry the risk of partner's ordinary response. Here, Ms. Clark, holding a hand that makes slam opposite as little as Qxxx / x / Axxxx / KJx, bids 3S and passes out 4H. Fielding a psych or misclick is among the most common types of collusive cheating.



| | N Avk495 | | W | N | E | S |
|---|---|---|---|---|---|---|
| **14** D | ♠ 8542 | | | | P | 1♦ |
| | ♥ 73 | | 1♥ | X | 3♥ | 4♦ |
| | ♦ AJ43 | | P | P | P | |
| | ♣ AJ6 | | | | | |

| W alex10by | | E bill1222 |
|---|---|---|
| ♠ A107 | | ♠ J96 |
| ♥ AQJ5 | | ♥ 98642 |
| ♦ 75 | | ♦ 1096 |
| ♣ Q1075 | | ♣ K8 |

| | S clarkbar88 | |
|---|---|---|
| | ♠ KQ3 | |
| | ♥ K10 | |
| | ♦ KQ82 | 4♦ S       NS: 0 EW: 0 |
| | ♣ 9432 | |

https://www.tinyurl.com/mr3budba

Ms. Clark holds an aceless minimum opener opposite a partner who has promised only four spades and six points. It is impossible to compete to 4D on a four-card suit without knowing of partner's diamond fit and unshown values. And it is equally impossible for Mr. Ahuja to pass without knowing Ms. Clark has both fewer diamonds and far less strength than her bidding has shown.



| | D | |
|---|---|---|
| | 13 | |

**N** sreiners
- ♠ K3
- ♥ KQ9865
- ♦ 654
- ♣ A3

| W | N | E | S |
|---|---|---|---|
| | 1♥ | 2♣ | P |
| 2♥ | X | 4♠ | 5♥ |
| P | P | 5♠ | P |
| P | P | | |

**W** clarkbar88
- ♠ 10985
- ♥ 4
- ♦ QJ82
- ♣ Q1084

**E** Avk495
- ♠ AQ642
- ♥ A7
- ♦ AK107
- ♣ K6

**S** Bluechip1
- ♠ J7
- ♥ J1032
- ♦ 93
- ♣ J9752

| 5♠ E | NS: 0 EW: 0 |
|---|---|

https://www.tinyurl.com/3zr98yuu

Another from Respondents' cabinet of misclicks and psychs. They never miss, and they always land on their feet.

| | | N | Avk495 | | W | N | E | S |
|---|---|---|---|---|---|---|---|---|
| **11** | | ♠ | QJ53 | | | | | P |
| | | ♥ | 9 | | P | P | 1♥ | P |
| D | | ♦ | AJ1065 | | 2♥ | 3♦ | 4♥ | X |
| | | ♣ | 972 | | P | 4♠ | P | P |
| | | | | | P | | | |

**W marniegirl**
♠ 764
♥ A42
♦ 93
♣ Q10863

**E pwaddy**
♠ K9
♥ K108763
♦ Q
♣ AKJ4

**S clarkbar88**
♠ A1082
♥ QJ5
♦ K8742
♣ 5

4♠ N  NS: 0 EW: 0

https://www.tinyurl.com/3pe8x95s

It is painful to see hapless opponents fall victim to such brazen collusive cheating as this. Mr. Ahuja contracts for nine tricks in a live auction on a five-card suit opposite a partner who has passed twice. Then, when Ms. Clark makes a somewhat remarkable penalty double of 4H (which happens to fail by one trick with neither opponent void in diamonds), Mr. Ahuja overrules her to contract for ten tricks on a four-bagger. They never miss.

| D | N  alixchilil | | W | N | E | S |
|---|---|---|---|---|---|---|
| **17** | ♠ Q | | | P | 2NT | P |
| | ♥ QJ964 | | 3♣ | X | 3♦ | P |
| | ♦ 2 | | P | P | | |
| | ♣ KJ9752 | | | | | |

| W  clarkbar88 | | E  Avk495 |
|---|---|---|
| ♠ 9832 | | ♠ K54 |
| ♥ 75 | | ♥ AK |
| ♦ J8764 | | ♦ KQ1095 |
| ♣ 108 | | ♣ AQ6 |

| S  sdkphdsf | |
|---|---|
| ♠ AJ1076 | |
| ♥ 10832 | |
| ♦ A3 | |
| ♣ 43 | 3♦ E     NS: 0 EW: 0 |

https://ww.tinyurl.com/yd5kbanj

This is one of five similar boards in which one of the Respondents makes an esoteric Stayman call in a situation in which an unlucky, but quite likely, response from partner will leave the partnership too high with no fit safety. Yet in each instance, partner makes just the call the Stayman bidder was "hoping" to hear.

To summarize the ways in which the Respondents' bidding demonstrates illicit information, they routinely take highly esoteric actions for players of their advanced level and experience, and virtually always hit partner's hand at single dummy. It is barely possible that a couple of the Respondents' calls may have been psychs or misclicks (not nearly as many as they suggested at hearing, but perhaps a few). But whereas most of us are usually doomed for bad boards when we misclick, the Respondents almost always come up trumps. Each always either overbids or underbids to compensate for the other's actual holding. New suits are introduced at high, dangerous levels – but only when partner has a big fit. When partner has what they need, they bid; when partner doesn't have what they need, they clam up. And when they know – illicitly – that the opponents have run into a misfit or a bad break, they do not hesitate to use their ill-gotten knowledge to inflict maximum pain.

## Leads that May Tend to Demonstrate Illicit Information

As mentioned above, this category can be divided into two general sub-categories: (a) the making of effective unexpected leads and (b) the avoidance of ineffective expected leads. On the following pages, we will discuss each in turn.

**The Making of Effective Unexpected Leads**

The following hands, a small sampling from among hundreds of others, tend to demonstrate the passing of illicit information between the Respondents.

| | D | | | N | dharam10 | | W | N | E | S |
|---|---|---|---|---|---|---|---|---|---|---|
| | **13** | | | ♠ | AQ1097 | | | P | P | 1♦ |
| | | | | ♥ | Q854 | | 1♥ | 1♠ | 2♦ | 3♣ |
| | | | | ♦ | 7 | | P | 3♠ | P | 4♣ |
| | | | | ♣ | K87 | | P | P | P | |

**W** Avk495
♠ K65
♥ A10973
♦ 952
♣ Q10

**E** clarkbar88
♠ J843
♥ KJ2
♦ KQJ
♣ 954

♥3

**S** ronnawise
♠ 2
♥ 6
♦ A108643
♣ AJ632

4♣ S      NS: 0 EW: 0

https://www.tinyurl.com/2qatekb8

Respondents are both advanced, highly experienced bridge players. They well know —
and so agreed at hearing — that ace underleads are highly unusual and only made with a
very particular purpose in mind. The West hand is not pleasant to lead from, and a low
heart is conceivable. But Respondents make many such underleads — this is one of
dozens in the time period at issue — and their success rate (in hitting a suitable holding
in partner's hand at single dummy) is far outside even the most generous expected range
for players of their level (or, frankly, for players of any level). Their esoteric actions do
not bear the same risk that their opponents would face if they chose to take similar
chances.



https://www.tinyurl.com/2mjz2tk8

Another similar example.



https://www.tinyurl.com/ywesnkt9

And another. Imagine feeling confident enough in partner's holding the spade king to risk underleading the ace against a slam. A level of insouciance few of us will ever experience. If the two were not colluding, one can only imagine what Ms. Clark might have thought or said to Mr. Ahuja upon her winning trick one with the spade king.



https://www.tinyurl.com/ytgzbgq7

Despite holding queen-third in the suit of partner's esoteric overall, Ms. Clark underleads AT4 of dummy's suit and hits the jackpot in partner's hand. Ms. Clark presumably does not teach her students to make such leads, but she makes them routinely and with impunity.



https://www.tinyurl.com/ytcwoqq6

Respondents were advised that upon the making of a prima facie case by Claimant, panelists would be looking to them to introduce hands with similarly unusual actions that did not hit partner's hand at single dummy. Even a small number of such hands might tend to raise doubt of guilt in the trier of fact, suggesting that perhaps their style is to make many such underleads and that they do miss at least a fair fraction of the time. But Respondents do not claim such a style, and did not adduce evidence of a single hand where such a lead missed its target.

## The Avoidance of Ineffective Expected Leads

Just as Respondents regularly make highly successful unexpected leads, so do they avoid less effective expected leads, again virtually without fail.



| W | N | E | S |
|---|---|---|---|
| | | 1♣ | 1♠ |
| 2♦ | 2♠ | 3♣ | P |
| P | 3♠ | X | P |
| P | P | | |

**18** D

**N bruna5**
- ♠ J102
- ♥ AQ103
- ♦ QJ765
- ♣ 6

**W clarkbar88**
- ♠ 9
- ♥ J86
- ♦ A109842
- ♣ 1052

♦A

**E Avk495**
- ♠ Q874
- ♥ K974
- ♦
- ♣ AKQ73

**S babav**
- ♠ AK653
- ♥ 52
- ♦ K3
- ♣ J984

3♠x S     NS: 0 EW: 0

https://www.tinyurl.com/26pcp62c

Rather than lead from honor-third in partner's twice-bid suit, Ms. Clark hits on the ostensibly dangerous unsupported diamond ace, hitting a void in partner's hand.



https://www.tinyurl.com/252gx4dg

The panel finds both incriminating and potentially exculpating evidence in this hand. Mr. Ahuja's ace underlead in dummy's overcalled suit is remarkable until you consider that he likely knew of both Ms. Clark's spade strength and her heart weakness, which made a heart lead more dangerous than it may have turned out to be. The potentially exculpating fact – and the only such instance known to the panel – is that Ms. Clark played the spade jack to T1, losing to declarer's doubleton queen. Or might this have been the one true misclick in the entire set?

| | N | WendyAW | | W | N | E | S |
|---|---|---|---|---|---|---|---|
| **18** D | ♠ | 943 | | | | 1♦ | 1♠ |
| | ♥ | KQJ873 | | P | 3♠ | P | P |
| | ♦ | QJ | | X | P | P | P |
| | ♣ | QJ | | | | | |

| W | clarkbar88 | | ♣2 | | E | Avk495 |
|---|---|---|---|---|---|---|
| ♠ | KJ872 | | | | ♠ | |
| ♥ | 9 | | | | ♥ | A652 |
| ♦ | 954 | | | | ♦ | A10632 |
| ♣ | 9632 | | | | ♣ | AK107 |

| | S | LGGMBG50 | |
|---|---|---|---|
| | ♠ | AQ1065 | |
| | ♥ | 104 | |
| | ♦ | K87 | |
| | ♣ | 854 | 3♠x S        NS: 0 EW: 0 |

https://www.tinyurl.com/275etopg

For most advanced players, a club lead would be a distant third choice to the singleton heart or partner's bid minor. But Ms. Clark leads to Mr. Ahuja's stronger clubs. He cashes two, then knows to cash the heart ace and give her the ruff, risking a ruff-sluff if declarer had the singleton. It is possible that, using their carding methods, Ms. Clark had to have the singleton once declarer followed with the heart four and Ms. Clark with the nine. But what is troubling is less the continuation than the original, seemingly risky heart switch; most Easts would likely have expected partner to lead a singleton heart rather than a passive low club.



https://www.tinyurl.com/2xptxlne

Shown is the first of two king-and-one leads made without a care in the world by Mr. Ahuja on this hand, to a partner who showed a "weak freak" in the bidding but came through with both minor aces.



https://www.tinyurl.com/2p9n9t5b

Ms. Clark eschews the expected fourth-best club lead in favor of a lead away from both her honors into the teeth of the notrump opener's shown four-card or longer heart suit. The lead proves more effective (by which, in all cases, the panel refers to the suitability of partner's hand for the lead and not to the number of tricks that can be won at double dummy – here, ten on any lead).

**Conclusion and Finding**

Claimant has proved its case well beyond the level of comfortable satisfaction. There is no substantial doubt in the minds of the panel that Respondents are guilty as charged of collusive online cheating. The defense offered by Respondents consists primarily of claims of rampant misclicks, "psychs" that are supposedly obvious to all (but aren't), "systemic" explanations for calls that do not explain the calls and are seemingly random in application (but always to Respondents' gain). Respondents coated all of these in a glaze of intentional delay, repetition, misdirection and obfuscation. In short, Respondents' defense amounts to the old Chico Marx line: "Who are you going to believe, me or your lying eyes?" We believe our eyes.

**Discipline Imposed**

A strong case can be made for imposing greater discipline upon Ms. Clark than Mr. Ahuja. As a member of, among others, the national Charity and Goodwill committees, and as an accredited teacher charged with instilling proper bridge ethics in her students, Ms. Clark has let down ACBL, her fellow committee members, fellow teachers, the opponents she cheated, and more. Ms. Clark led the defense for both Respondents and one is left to wonder to what extent the conspiracy to cheat collusively originated with her.

But, upon consideration, the panel has decided to impose equal discipline on both Respondents. Mr. Ahuja, as a certified director, is charged with protecting the integrity of bridge and ensuring that competitors play on the level playing field for which each has paid. He allowed Ms. Clark's contorted explanations to speak for him. He benefited equally from their corrupt scheme. And his violation of the trust of the bridge community is equally profound. Each richly deserves the disrepute into which they both now fall.

The panel imposes the discipline requested by Claimant. As a result, each Respondent will be suspended for a period of five years. Upon the termination of their suspensions, each will remain on probation for an additional period of five years, during which period they may not play bridge as partners in any ACBL sanctioned game. Each will forfeit 50% of their accumulated ACBL masterpoints. And both are immediately jointly and severally responsible for reimbursement to Claimant of the $900 IBA filing fee in this case.

So say we one, so say we all this fourth day of December, 2024.

_Josh Donn_

**Josh Donn**

_(signature)_

**Brian Potter**

_(signature)_

**Jordan Chodorow**

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2



## UNITED STATES POSTAL SERVICE®

### PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE 862-362-2098
Barbara L. Clark
101 Marion Drive
West Orange, NJ 07052

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT) PHONE ( )
Clerk, US District Court
219 South Dearborn Street
20th Floor
Chicago, IL 60604
ZIP + 4® (U.S. ADDRESSES ONLY)
6 0 6 0 4 - 20th Floor

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.


PEEL FROM THIS CORNER


EI 239 625 348 US

**PAYMENT BY ACCOUNT (if applicable)**

| ORIGIN (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| PO ZIP Code 07053 | Scheduled Delivery Date 3/8/25 | Postage $31.40 |
| Date Accepted 3/7/25 | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee — |
| Time Accepted 11:52 | | Return Receipt Fee — |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees $31.40 |
| Weight 0.7 | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996





UNITED STATES POSTAL SERVICE

PAPER POUCH